# EXHIBIT A

## Notice Of Lawsuit

Gregory T. Artim, Esq.  
1751 Lincoln Highway  
N. Versailles, PA  15137



412-348-8600  
Fax: (412) 345-8400  
greg@gregartim.com

March 16, 2021

<u>**VIA US CERTIFIED MAIL RETURN RECEIPT REQUESTED**</u>

TransUnion, LLC  
555 West Adams Street  
Chicago, IL 60661

TransUnion, LLC  
c/o Corporation Service Co.  
251 Little Falls Drive  
Wilmington, DE 19808

**Re:** **Anthony T. Romagna v. Nissan-Infiniti LT, Inc.; Equifax Information Services, LLC; Experian Information Solutions, Inc. and Trans Union, LLC Case No.  GD-21-002340**

Dear Sir or Madam:

Please be advised that I represent Anthony T. Romagna in the above referenced matter.

Enclosed please find a true and correct copy of the Complaint in Civil Action filed in the Court of Common Pleas of Allegheny County Pennsylvania

Awaiting your response via mail, email or telephone.

Sincerely,

Gregory T. Artim

GTA/tm  
Enclosure